**No. 52932.**—Park Benziger & Co. *v.* United States, protest 123353–K (New York).

Opinion by JOHNSON, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.   The protest was overruled in all other respects.

**No. 52933.**—Oregon Liquor Control Commission (Transferee) *v.* United States, protest 127376–K (Portland, Oreg.).

Opinion by JOHNSON, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.   The protest was overruled in all other respects.

**No. 52934.**—British American Importation Co., Ltd. *v.* United States, protest 130095–K (Los Angeles).

Opinion by JOHNSON, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.   The protest was overruled in all other respects.

**No. 52935.**—Belimar Liquor Company et al. *v.* United States, protests 137757–K, etc. (San Francisco).

Opinion by JOHNSON, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.   The protests were overruled in all other respects.

**No. 52936.**—Bohemian Distributing Co. et al. *v.* United States, protests 138586–K, etc. (Los Angeles).

Opinion by JOHNSON, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.   The protests were overruled in all other respects.

**No. 52937.**—British American Importation Co., Ltd. *v.* United States, protest 138616–K (C)/12839 (New Orleans).